IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:00CR252-1 |
| V. | ) | |
| MARIO SANCHEZ NUNEZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff shall file a response to the defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582 (c)(2) (filing no. 241) on or before November 3, 2015.

DATED this 27th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge